IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| VARIETY STORES, INC., <br> Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 4:19cv00031 |
| MARTINSVILLE PLAZA, LLC, <br> Defendant. | ) <br> ) <br> ) | |

| | | |
|---|---|---|
| VARIETY STORES, INC., and <br> VARIETY WHOLESALERS, INC., <br> Plaintiffs, | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 4:20cv00047 |
| MARTINSVILLE PLAZA, LLC, <br> Defendant. | ) <br> ) <br> ) | |

## JUDGMENT ORDER

These consolidated matters were tried to a jury on May 17–21, 2021. Consistent with the verdict returned by the jury on May 21, judgment is hereby **ENTERED** in favor of Variety Stores, Inc., on its breach of contract claim against Martinsville Plaza, LLC, and damages are awarded in the amount of **two hundred ninety-six thousand six hundred fifty-nine dollars and sixty-five cents ($296,659.65)**, plus prejudgment interest per Va. Code Ann. § 6.2-302, and judgment is **ENTERED** in favor of Variety Stores, Inc., and Variety Wholesalers, Inc., on their breach of contract claim against Martinsville Plaza, LLC, and damages are awarded in the amount of **one hundred twenty-two thousand three hundred sixty-nine dollars and forty-four cents ($122,369.44)**, plus prejudgment interest per Va. Code Ann. § 6.2-302.

The clerk is directed to forward a copy of this Judgment Order to all counsel of record.

**ENTERED** this 21st day of May, 2021.

/s/ H. Cullen
―――――――――――――――――――
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE